**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Samuel William WRIGHT, Defendant–Appellant.**

**No. 13–30277.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2014.*

Filed Dec. 1, 2014.

Matthew F. Duggan, Assistant U.S., USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Terence Michael Ryan, Terence Ryan Law Office, Spokane, WA, for Defendant–Appellant.

Samuel William Wright, Sheridan, OR, pro se.

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Samuel William Wright appeals from the district court's judgment and challenges his guilty-plea conviction and 63–month sentence for distribution of heroin, in viola-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion of 21 U.S.C. § 841(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Wright's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Wright the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Wright has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**